IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICKY A. BARRETT ) | |
| ) | Civil Action No. 07-0457 |
| Plaintiff, ) | |
| ) | |
| v. ) | Chief Judge Donetta W. Ambrose |
| ) | |
| VESUVIUS McDANEL, ) | |
| VESUVIUS, USA, McDANEL, ) | |
| ADVANCED TECHNOLOGIES, INC. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated, by and between Plaintiff Vicky A. Barrett and Defendant McDanel Advance Technologies, Inc., that all claims set forth in the above-captioned action are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) as to Defendant McDanel Advanced Technologies, Inc.. The parties shall bear their own attorneys' fees and costs.

s/LOIS E. GLANBY
Lois E. Glanby, Esquire
Robert M. Owsiany, Esquire
LAW OFFICES OF LOIS GLANBY
152 East Highland Drive
McMurray, PA 15317
Telephone: (724) 942-0524
Email: attorneyglanby@aol.com

Counsel for Plaintiff Vicky A. Barrett

s/ FLOYD A. CLUTTER
Floyd A. Clutter, Esquire
Cohen & Grigsby
11 Stanwix Street
15th Floor
Pittsburgh, PA 15222-1319
(412) 297-4900
Email: fclutter@cohenlaw.com

Counsel for Defendant McDanel Advance Technologies, Inc

Dated: December 5, 2007

Dated: 12/10/07

IT IS SO ORDERED:

_Donetta W. Ambrose_
J.